FILED

2010 NOV 23 PM 3:36

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2010 Grand Jury

| UNITED STATES OF AMERICA, | ) CR No. CR 10 01277 |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) [18 U.S.C. § 371: Conspiracy; |
| GEORGE SILAH, and JOHN SILAH, aka "Jean Jacque Silah," | ) 18 U.S.C. § 1204(a): International Parental Kidnapping; 18 U.S.C. § 2: Aiding and Abetting] |
| Defendants. | ) |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A.  **OBJECT OF THE CONSPIRACY**

Beginning on a date unknown to the Grand Jury, and continuing until on or about November 2, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendants GEORGE SILAH ("G. SILAH") and JOHN SILAH, also known as "Jean Jacque Silah" ("J. SILAH"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally commit international parental

kidnapping, in violation of Title 18, United States Code, Section 1204(a).

B. <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED</u>

The object of the conspiracy was to be accomplished, in substance, as follows:

1. Defendant G. SILAH would tell his ex-wife and mother of his sons, A.S. and Z.S., who were under the age of 16, that defendant G. SILAH was going to take A.S. and Z.S. for a vacation with defendant J. SILAH and his son.

2. Defendant J. SILAH would tell his ex-wife and mother of his son, G.S., who was under the age of 16, that defendant J. SILAH was going to take G.S. for a vacation with defendant G. SILAH and his sons.

3. Defendants G. SILAH and J. SILAH would depart and remain outside the United States with their respective sons with the intent to obstruct the legal custody rights of the mothers of the children.

C. <u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish the object of the conspiracy, defendants G. SILAH and J. SILAH committed various overt acts within the Central District of California and elsewhere, including, but not limited to, the following:

1. On or before June 23, 2008, defendant G. SILAH told his ex-wife and mother of his sons, A.S. and Z.S., that defendant G. SILAH was going to take A.S. and Z.S. on a vacation to Big Bear, California, to meet with defendant J. SILAH and his son, G.S.

2. On or about June 23, 2008, defendant G. SILAH took physical custody of his sons, A.S. and Z.S.

3. On or before June 23, 2008, defendant J. SILAH told his ex-wife and mother of his son, G.S., that he was going to take G.S. for a vacation to meet with defendant G. SILAH and his sons, A.S. and Z.S.

4. On or about June 23, 2008, defendant J. SILAH picked up his son, G.S., from the residence of his ex-wife.

5. On or about July 2, 2008, defendant G. SILAH requested that his ex-wife and mother of his sons provide defendant G. SILAH with the birth certificates for A.S. and Z.S. so that they could travel with defendant G. SILAH on a cruise departing from Florida.

6. On or after July 2, 2008, defendants G. SILAH and J. SILAH departed the United States with A.S., Z.S., and G.S. in violation of the legal custody rights held by the mothers of their children.

7. On or about November 2, 2010, defendants G. SILAH and J. SILAH resided in the Netherlands with A.S., Z.S., and G.S.

COUNTS TWO and THREE

[18 U.S.C. §§ 1204(a), 2]

On or about July 2, 2008, in Los Angeles County, within the Central District of California, defendant GEORGE SILAH, aided and abetted by defendant JOHN SILAH, also known as "Jean Jacque Silah," with the intent to obstruct the lawful exercise of parental rights of another, removed from the United States, and retained outside the United States, the following children who had not attained the age of 16 years:

| COUNT | CHILD |
|---|---|
| TWO | A.S. |
| THREE | Z.S. |

COUNT FOUR

[18 U.S.C. §§ 1204(a), 2]

On or about July 2, 2008, in Los Angeles County, within the Central District of California, defendant JOHN SILAH, also known as "Jean Jacque Silah," aided and abetted by defendant GEORGE SILAH, with the intent to obstruct the lawful exercise of parental rights of another, removed from the United States, and retained outside the United States, G.S., a child who had not attained the age of 16 years.

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent & Organized Crime Section

DANIEL A. SAUNDERS
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section

JUSTIN R. RHOADES
REEMA M. EL-AMAMY
Assistant United States Attorneys
Violent & Organized Crime Section